UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
St. Paul DIVISION

In re: MERRICK'S OF MINNESOTA, LLC  § Case No. 18-32344
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Paul W. Bucher, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $625,001.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $28,057.05 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $7,530.09 | | |

3) Total gross receipts of $35,587.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $35,587.14 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1.00 | $13,673.00 | $13,673.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,530.09 | $7,530.09 | $7,530.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $460.00 | $460.00 | $460.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,450,254.76 | $1,168,814.37 | $1,168,814.37 | $27,597.05 |
| **TOTAL DISBURSEMENTS** | $1,450,255.76 | $1,190,477.46 | $1,190,477.46 | $35,587.14 |

4) This case was originally filed under chapter 7 on 07/24/2018. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2021   By: /s/ Paul Bucher
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $20,000.00. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $11,037.14 |
| VARIOUS TOOLS AND EQUIPMENT (ADDITIONAL DETAIL TO BE PROVIDED TO TRUSTEE). | 1129-000 | $24,550.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,587.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26S | DLL FINANCIAL SOLUTIONS | 4210-000 | NA | $13,673.00 | $13,673.00 | $0.00 |
| N/F | DLL FINANCIAL SOLUTIONS | 4210-000 | $1.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1.00** | **$13,673.00** | **$13,673.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - DUNLAP & SEEGER, P.A. | 2100-000 | NA | $4,308.71 | $4,308.71 | $4,308.71 |
| Trustee, Expenses - DUNLAP & SEEGER, P.A. | 2200-000 | NA | $463.44 | $463.44 | $463.44 |
| Auctioneer Fees - Tony Montgomery Realty & Auction Co | 3610-000 | NA | $1,910.00 | $1,910.00 | $1,910.00 |
| Auctioneer Expenses - Tony Montgomery Realty & Auction Co | 3620-000 | NA | $600.00 | $600.00 | $600.00 |
| Bond Payments - BOND | 2300-000 | NA | $43.58 | $43.58 | $43.58 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $186.10 | $186.10 | $186.10 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $18.26 | $18.26 | $18.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$7,530.09** | **$7,530.09** | **$7,530.09** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-2 | IRS | 5800-000 | NA | $460.00 | $460.00 | $460.00 |
| N/F | IRS | 5600-000 | $0.00 | NA | NA | NA |
| N/F | MINNESOTA DEPT OF REV | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$460.00** | **$460.00** | **$460.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | U.S. BANKRUPTCY COURT | 7100-001 | NA | $280.83 | $280.83 | $280.83 |
| 1 | NALCO CO | 7100-000 | $19,809.05 | $19,809.05 | $19,809.05 | $632.75 |
| 2-2 | Chem/Serv Inc | 7100-000 | $24,424.06 | $24,424.06 | $24,424.06 | $780.16 |
| 3 | U.S. BANKRUPTCY COURT - Ecolab Inc. Zoltan Varga | 7100-001 | $4,942.82 | $4,942.82 | $4,942.82 | $157.89 |
| 5 | J & W Instruments Inc | 7100-000 | $830.00 | $830.00 | $830.00 | $26.51 |
| 6 | EZ Rental & Party Service LLC | 7100-000 | $280.48 | $280.47 | $280.47 | $8.96 |
| 7 | BECKERS TRUCKING INC | 7100-000 | $11,670.00 | $11,670.00 | $11,670.00 | $372.77 |
| 8 | Brewster Cheese Company c/o Robert B. Preston, III, Esq. | 7100-000 | $129,367.60 | $129,367.60 | $129,367.60 | $4,132.35 |
| 9 | KORTH TRANSFER, INC. | 7100-000 | $29,278.28 | $29,278.28 | $29,278.28 | $935.23 |
| 10 | ULINE | 7100-000 | $535.23 | $3,648.37 | $3,648.37 | $116.54 |
| 11 | ELECTRIC MOTOR / BEARING SERVICE INC. | 7100-000 | $2,059.42 | $2,545.19 | $2,545.19 | $81.30 |
| 12 | LARSON CONTRACTING CENTRAL | 7100-000 | $8,755.40 | $10,603.02 | $10,603.02 | $338.69 |
| 13 | HUBBARD FEEDS, INC. | 7100-000 | $25,528.33 | $5,307.55 | $5,307.55 | $169.54 |
| 14 | JIM & DUDES PLG & HTG, INC. | 7100-000 | $2,244.30 | $2,244.30 | $2,244.30 | $71.69 |
| 15 | Serval USA, Inc. | 7100-000 | $35,096.00 | $35,096.00 | $35,096.00 | $1,121.06 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | PACKERLAND WHEY PRODUCTS INC | 7100-000 | $79,027.53 | $80,005.97 | $80,005.97 | $2,555.60 |
| 17 | BIG OX ENERGY-RICEVILLE LLC | 7100-000 | $7,652.60 | $8,791.61 | $8,791.61 | $0.00 |
| 18 | Nova Consulting Group, Inc. | 7100-000 | $3,326.53 | $1,751.53 | $1,751.53 | $55.95 |
| 19 | LITHO PRINTING & GRAPHICS | 7100-000 | $875.02 | $875.02 | $875.02 | $27.95 |
| 20 | Qwest Corporation dba CenturyLink QC | 7100-000 | $165.10 | $295.82 | $295.82 | $9.45 |
| 21 | CREDIT BUREAU OF ALBERT LEA | 7100-000 | $451.56 | $2,157.54 | $2,157.54 | $68.92 |
| 22 | CREDIT BUREAU OF ALBERT LEA | 7100-000 | $2,157.54 | $2,157.54 | $2,157.54 | $68.92 |
| 23 | MINNESOTA ENERGY RESOURCES | 7100-000 | $18,380.90 | $18,012.84 | $18,012.84 | $575.38 |
| 24 | DAIRY DIRECTIONS | 7100-000 | $249,997.64 | $248,850.28 | $248,850.28 | $7,948.94 |
| 25 | MAPLEVIEW AGRI, LTD | 7100-000 | $34,905.00 | $34,905.00 | $34,905.00 | $1,114.96 |
| 26U | DLL FINANCIAL SOLUTIONS | 7100-000 | $1,906.76 | $6,756.55 | $6,756.55 | $215.82 |
| 27 | TOFCO AG SERVICES, INC | 7100-000 | $79,299.12 | $132,670.49 | $132,670.49 | $4,237.85 |
| 28 | PALLETON PALLETS | 7100-000 | $2,542.88 | $2,542.88 | $2,542.88 | $81.23 |
| 29 | Harcros Chemicals Inc | 7100-000 | $5,427.48 | $5,427.48 | $5,427.48 | $173.37 |
| 30 | J&A FREIGHT SYSTEMS INC | 7100-000 | $26,783.65 | $33,258.68 | $33,258.68 | $1,062.37 |
| 31 | TIMS SPOTTING SERVICE, INC. | 7100-000 | $2,030.00 | $2,062.85 | $2,062.85 | $65.89 |
| 32 | International Procurement Services, Inc. | 7100-000 | NA | $3,387.00 | $3,387.00 | $108.18 |
| 33 | DF Ingredients, Inc. | 7200-000 | NA | $66,222.27 | $66,222.27 | $0.00 |
| 34 | North Central Companies, Inc. | 7200-000 | NA | $238,355.48 | $238,355.48 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | BOBVALLIN | 7100-000 | $2,799.00 | NA | NA | NA |
| N/F | BOMGAARSSUPPLY | 7100-000 | $11.84 | NA | NA | NA |
| N/F | BOWMANS ELECTRIC | 7100-000 | $2,298.67 | NA | NA | NA |
| N/F | C.H. ROBINSON COMPANY | 7100-000 | $893.49 | NA | NA | NA |
| N/F | CHARTER COMMUNICATIONS | 7100-000 | $334.35 | NA | NA | NA |
| N/F | CINTAS CORP | 7100-000 | $339.07 | NA | NA | NA |
| N/F | CINTAS FIRST AID & SAFETY | 7100-000 | $207.30 | NA | NA | NA |
| N/F | CLOUDBAKERS, LLC | 7100-000 | $300.00 | NA | NA | NA |
| N/F | COMMERCIAL PACKAGING | 7100-000 | $4,447.50 | NA | NA | NA |
| N/F | CONSOLIDATED CONTAINER CO | 7100-000 | $521.00 | NA | NA | NA |
| N/F | COREY S TILKENS | 7100-000 | $1.00 | NA | NA | NA |
| N/F | DALE SACK | 7100-000 | $2,096.06 | NA | NA | NA |
| N/F | DEPARTMENT OF LABOR AND INDUSTRY | 7100-000 | $3,800.00 | NA | NA | NA |
| N/F | EXPRESS SERVICES, INC. | 7100-000 | $4,764.79 | NA | NA | NA |
| N/F | FASTENAL CO | 7100-000 | $1,956.19 | NA | NA | NA |
| N/F | FERMENTED NUTRITION CORP | 7100-000 | $75,323.29 | NA | NA | NA |
| N/F | FLEX COMM SECURITY | 7100-000 | $89.79 | NA | NA | NA |
| N/F | FOOD INGREDIENTS | 7100-000 | $16,248.85 | NA | NA | NA |
| N/F | FOUNTAIN REFRIGERATION | 7100-000 | $12,450.80 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | FOUR SEASONS ATTN: DAVID NELSON | 7100-000 | $500.00 | NA | NA | NA |
| N/F | FREEBORN CTY AUDITOR/TREASURER | 7100-000 | $92,330.00 | NA | NA | NA |
| N/F | G&K SERVICES | 7100-000 | $576.81 | NA | NA | NA |
| N/F | HEDING TRUCK SERVICE | 7100-000 | $1,290.00 | NA | NA | NA |
| N/F | J&R LIVESTOCK CONSULTANTS | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | J.M. HUBER CORP | 7100-000 | $8,643.00 | NA | NA | NA |
| N/F | K&K FABRICATION | 7100-000 | $0.00 | NA | NA | NA |
| N/F | KAMAN INDUSTRIAL TECHNOLOGIES | 7100-000 | $881.37 | NA | NA | NA |
| N/F | MAYO CLINIC HEALTH SYSTEM | 7100-000 | $120.00 | NA | NA | NA |
| N/F | MED COMPASS | 7100-000 | $40.00 | NA | NA | NA |
| N/F | MINNESOTA SUPPLY CO | 7100-000 | $1,296.34 | NA | NA | NA |
| N/F | NELSON JAMESON | 7100-000 | $1,014.29 | NA | NA | NA |
| N/F | NORTH CENTRAL CO | 7100-000 | $175,167.80 | NA | NA | NA |
| N/F | PLUNKETTS PEST CONTROL | 7100-000 | $5,026.02 | NA | NA | NA |
| N/F | REINHART, BOERNER, VAN DEUR | 7100-000 | $2,344.74 | NA | NA | NA |
| N/F | SILVERMAN CONSULTING | 7100-000 | $135,123.12 | NA | NA | NA |
| N/F | SOUTHERN LOCK & GLASS | 7100-000 | $1,315.25 | NA | NA | NA |
| N/F | TEAMSTERS LOCAL 160 | 7100-000 | $222.00 | NA | NA | NA |
| N/F | THE CITY OF ALBERT LEA | 7100-000 | $2,946.90 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | THE HARTFORD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | THE HOME DEPOT | 7100-000 | $149.17 | NA | NA | NA |
| N/F | UPS | 7100-000 | $55.79 | NA | NA | NA |
| N/F | WASTE MANAGEMENT OF SOUTHERN MN | 7100-000 | $5,345.50 | NA | NA | NA |
| N/F | WATER SYSTEMS COMPANY | 7100-000 | $1,058.39 | NA | NA | NA |
| N/F | YOUR TOWN TRANSPORTATION | 7100-000 | $1,175.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,450,254.76** | **$1,168,814.37** | **$1,168,814.37** | **$27,597.05** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-32344 | Trustee Name: | (430140) Paul W. Bucher |
| Case Name: | MERRICK'S OF MINNESOTA, LLC | Date Filed (f) or Converted (c): | 07/24/2018 (f) |
| | | § 341(a) Meeting Date: | 08/22/2018 |
| For Period Ending: | 06/11/2021 | Claims Bar Date: | 11/19/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | CHECKING Account at FIRST BUSINESS BANK, xxxxxx8600 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 2* | A/R 90 days old or less. Face amount = $20,000.00. Doubtful/Uncollectible accounts = $0.00.<br>Non-exempt cash turnover (See Footnote) | 20,000.00 | 20,000.00 | | 11,037.14 | FA |
| 3 | Finished goods: INVENTORY HELD FOR SALE, Net Book Value: $0.00, Valuation Method: Liquidation | 255,000.00 | 0.00 | | 0.00 | FA |
| 4 | VARIOUS OFFICE FURNITURE. | 2,000.00 | 0.00 | | 0.00 | FA |
| 5* | FORK LIFT (LEASED).<br>Leased; Payoff amount to end lease and own asset was $20,543.06; actual value of asset was $8,000.00. Abandonment filed [ecf doc 20]. (See Footnote) | 1.00 | 0.00 | OA | 0.00 | FA |
| 6* | VARIOUS TOOLS AND EQUIPMENT (ADDITIONAL DETAIL TO BE PROVIDED TO TRUSTEE).<br>Non-exempt property, multiple sales, amounts total =$24,550 (See Footnote) | 150,000.00 | 30,000.00 | | 24,550.00 | FA |
| 7* | REAL PROPERTY COMMONLY KNOWN AS: 620 ADAMS AVENUE AND 601 MAIN STREET WEST, ALBERT LEA, MN 56007, AND LEGALLY DESCRIBED AS: SEE ATTACHED EXHIBIT A, FREEBORN COUNTY, MINNESOTA, FEE SIMPLE<br>Non-exempt real property, Abandoned (See Footnote) | 368,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$795,001.00** | **$50,000.00** | | **$35,587.14** | **$0.00** |

| RE PROP# 1 | Non-exempt cash turnover |
|---|---|
| RE PROP# 2 | Non-exempt cash turnover |
| RE PROP# 5 | Leased; Payoff amount to end lease and own asset was $20,543.06; actual value of asset was $8,000.00. Abandonment filed [ecf doc 20]. |
| RE PROP# 6 | Non-exempt property, multiple sales, amounts total =$24,550 |
| RE PROP# 7 | Non-exempt real property, Abandoned |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):  12/31/2019          Current Projected Date Of Final Report (TFR):  07/29/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 18-32344 | Trustee Name: | Paul W. Bucher (430140) |
|---|---|---|---|
| Case Name: | MERRICK'S OF MINNESOTA, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5512 | Account #: | ******3100 Checking |
| For Period Ending: | 06/11/2021 | Blanket Bond (per case limit): | $28,878,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/24/18 | {2} | Merricks of Minnesota LLC | Accounts receivable. | 1121-000 | 11,037.14 | | 11,037.14 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 11,032.14 |
| 10/23/18 | {6} | | POCONO PROPANE TAN 20181023E3QP021C00 0853 | 1129-000 | 15,000.00 | | 26,032.14 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.26 | 26,018.88 |
| 01/24/19 | | TMRA | Auction proceeds: forklifts | | 7,040.00 | | 33,058.88 |
| | | Tony Montgomery Realty & Auction Co | Commission       -$1,910.00 | 3610-000 | | | |
| | | Tony Montgomery Realty & Auction Co | pick up fee       -$600.00 | 3620-000 | | | |
| | {6} | TMRA | Sale of 3 Forklifts       $9,550.00 | 1129-000 | | | |
| 06/03/19 | 101 | International Sureties Ltd. | Bond# 016018054 | 2300-000 | | 30.79 | 33,028.09 |
| 09/11/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******7604 | Transition Debit to Metropolitan Commercial Bank acct 3910087604 | 9999-000 | | 33,028.09 | 0.00 |
| | | COLUMN TOTALS | | | 33,077.14 | 33,077.14 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 33,028.09 | |
| | | Subtotal | | | 33,077.14 | 49.05 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $33,077.14 | $49.05 | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 18-32344 | Trustee Name: | Paul W. Bucher (430140) |
|---|---|---|---|
| Case Name: | MERRICK'S OF MINNESOTA, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5512 | Account #: | ******7604 Checking Account |
| For Period Ending: | 06/11/2021 | Blanket Bond (per case limit): | $28,878,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/11/19 |  | Transfer Credit from Rabobank, N.A. acct ******3100 | Transition Credit from Rabobank, N.A. acct 5023253100 | 9999-000 | 33,028.09 |  | 33,028.09 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 26.39 | 33,001.70 |
| 04/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 52.74 | 32,948.96 |
| 05/29/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 50.90 | 32,898.06 |
| 06/03/20 | 1000 | International Sureties Ltd. | Bond# 016018054 | 2300-000 |  | 12.79 | 32,885.27 |
| 06/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 56.07 | 32,829.20 |
| 09/23/20 | 1001 | DUNLAP & SEEGER, P.A. | Combined trustee compensation & expense dividend payments. |  |  | 4,772.15 | 28,057.05 |
|  |  | DUNLAP & SEEGER, P.A. | Claims Distribution - Wed, 07-29-2020  $4,308.71 | 2100-000 |  |  |  |
|  |  | DUNLAP & SEEGER, P.A. | Claims Distribution - Wed, 07-29-2020  $463.44 | 2200-000 |  |  |  |
| 09/23/20 | 1002 | IRS | 18-32344 MERRICK'S OF MINNESOTA, LLC  4-2 | 5800-000 |  | 460.00 | 27,597.05 |
| 09/23/20 | 1003 | NALCO CO | 18-32344 MERRICK'S OF MINNESOTA, LLC  1 | 7100-000 |  | 632.75 | 26,964.30 |
| 09/23/20 | 1004 | Chem/Serv Inc | 18-32344 MERRICK'S OF MINNESOTA, LLC  2-2 | 7100-000 |  | 780.16 | 26,184.14 |
| 09/23/20 | 1005 | Ecolab Inc. Zoltan Varga | 18-32344 MERRICK'S OF MINNESOTA, LLC  3  Stopped on 05/12/2021 | 7100-000 |  | 157.89 | 26,026.25 |
| 09/23/20 | 1006 | J & W Instruments Inc | 18-32344 MERRICK'S OF MINNESOTA, LLC  5 | 7100-000 |  | 26.51 | 25,999.74 |
| 09/23/20 | 1007 | EZ Rental & Party Service LLC | 18-32344 MERRICK'S OF MINNESOTA, LLC  6 | 7100-000 |  | 8.96 | 25,990.78 |
| 09/23/20 | 1008 | BECKERS TRUCKING INC | 18-32344 MERRICK'S OF MINNESOTA, LLC  7 | 7100-000 |  | 372.77 | 25,618.01 |
| 09/23/20 | 1009 | Brewster Cheese Company c/o Robert B. Preston, III, Esq. | 18-32344 MERRICK'S OF MINNESOTA, LLC  8 | 7100-000 |  | 4,132.35 | 21,485.66 |
| 09/23/20 | 1010 | KORTH TRANSFER, INC. | 18-32344 MERRICK'S OF MINNESOTA, LLC  9 | 7100-000 |  | 935.23 | 20,550.43 |
| 09/23/20 | 1011 | ULINE | 18-32344 MERRICK'S OF MINNESOTA, LLC  10 | 7100-000 |  | 116.54 | 20,433.89 |
| 09/23/20 | 1012 | ELECTRIC MOTOR / BEARING SERVICE INC. | 18-32344 MERRICK'S OF MINNESOTA, LLC  11 | 7100-000 |  | 81.30 | 20,352.59 |
| 09/23/20 | 1013 | LARSON CONTRACTING CENTRAL | 18-32344 MERRICK'S OF MINNESOTA, LLC  12 | 7100-000 |  | 338.69 | 20,013.90 |
| 09/23/20 | 1014 | HUBBARD FEEDS, INC. | 18-32344 MERRICK'S OF MINNESOTA, LLC  13 | 7100-000 |  | 169.54 | 19,844.36 |
| 09/23/20 | 1015 | JIM & DUDES PLG & HTG, INC. | 18-32344 MERRICK'S OF MINNESOTA, LLC  14 | 7100-000 |  | 71.69 | 19,772.67 |
| 09/23/20 | 1016 | Serval USA, Inc. | 18-32344 MERRICK'S OF MINNESOTA, LLC  15 | 7100-000 |  | 1,121.06 | 18,651.61 |
| 09/23/20 | 1017 | PACKERLAND WHEY PRODUCTS INC | 18-32344 MERRICK'S OF MINNESOTA, LLC  16 | 7100-000 |  | 2,555.60 | 16,096.01 |

Page Subtotals:  $33,028.09  $16,932.08

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| | |  | | |
|---|---|---|---|---|
| Case No.: | 18-32344 | Trustee Name: | Paul W. Bucher (430140) | |
| Case Name: | MERRICK'S OF MINNESOTA, LLC | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***5512 | Account #: | ******7604 Checking Account | |
| For Period Ending: | 06/11/2021 | Blanket Bond (per case limit): | $28,878,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/23/20 | 1018 | BIG OX ENERGY-RICEVILLE LLC | 18-32344 MERRICK'S OF MINNESOTA, LLC  17 Voided on 10/20/2020 | 7100-000 | | 280.83 | 15,815.18 |
| 09/23/20 | 1019 | Nova Consulting Group, Inc. | 18-32344 MERRICK'S OF MINNESOTA, LLC  18 | 7100-000 | | 55.95 | 15,759.23 |
| 09/23/20 | 1020 | LITHO PRINTING & GRAPHICS | 18-32344 MERRICK'S OF MINNESOTA, LLC  19 | 7100-000 | | 27.95 | 15,731.28 |
| 09/23/20 | 1021 | Qwest Corporation dba CenturyLink QC | 18-32344 MERRICK'S OF MINNESOTA, LLC  20 | 7100-000 | | 9.45 | 15,721.83 |
| 09/23/20 | 1022 | CREDIT BUREAU OF ALBERT LEA | Combined dividend payments for Claim #21, 22 | | | 137.84 | 15,583.99 |
| | | CREDIT BUREAU OF ALBERT LEA | Claims Distribution - Wed, 07-29-2020           $68.92 | 7100-000 | | | |
| | | CREDIT BUREAU OF ALBERT LEA | Claims Distribution - Wed, 07-29-2020           $68.92 | 7100-000 | | | |
| 09/23/20 | 1023 | MINNESOTA ENERGY RESOURCES | 18-32344 MERRICK'S OF MINNESOTA, LLC  23 | 7100-000 | | 575.38 | 15,008.61 |
| 09/23/20 | 1024 | DAIRY DIRECTIONS | 18-32344 MERRICK'S OF MINNESOTA, LLC  24 | 7100-000 | | 7,948.94 | 7,059.67 |
| 09/23/20 | 1025 | MAPLEVIEW AGRI, LTD | 18-32344 MERRICK'S OF MINNESOTA, LLC  25 | 7100-000 | | 1,114.96 | 5,944.71 |
| 09/23/20 | 1026 | DLL FINANCIAL SOLUTIONS | 18-32344 MERRICK'S OF MINNESOTA, LLC  26U | 7100-000 | | 215.82 | 5,728.89 |
| 09/23/20 | 1027 | TOFCO AG SERVICES, INC | 18-32344 MERRICK'S OF MINNESOTA, LLC  27 | 7100-000 | | 4,237.85 | 1,491.04 |
| 09/23/20 | 1028 | PALLETON PALLETS | 18-32344 MERRICK'S OF MINNESOTA, LLC  28 | 7100-000 | | 81.23 | 1,409.81 |
| 09/23/20 | 1029 | Harcros Chemicals Inc | 18-32344 MERRICK'S OF MINNESOTA, LLC  29 | 7100-000 | | 173.37 | 1,236.44 |
| 09/23/20 | 1030 | J&A FREIGHT SYSTEMS INC | 18-32344 MERRICK'S OF MINNESOTA, LLC  30 | 7100-000 | | 1,062.37 | 174.07 |
| 09/23/20 | 1031 | TIMS SPOTTING SERVICE, INC. | 18-32344 MERRICK'S OF MINNESOTA, LLC  31 | 7100-000 | | 65.89 | 108.18 |
| 09/23/20 | 1032 | International Procurement Services, Inc. | 18-32344 MERRICK'S OF MINNESOTA, LLC  32 | 7100-000 | | 108.18 | 0.00 |
| 10/20/20 | 1018 | BIG OX ENERGY-RICEVILLE LLC | 18-32344 MERRICK'S OF MINNESOTA, LLC  17 Voided: check issued on 09/23/2020 | 7100-000 | | -280.83 | 280.83 |
| 10/20/20 | 1033 | U.S. BANKRUPTCY COURT | Unclaimed Dividends - Claim 17 | 7100-001 | | 280.83 | 0.00 |
| 05/12/21 | 1005 | Ecolab Inc. Zoltan Varga | 18-32344 MERRICK'S OF MINNESOTA, LLC  3 Stopped: check issued on 09/23/2020 | 7100-000 | | -157.89 | 157.89 |
| 05/13/21 | 1034 | U.S. BANKRUPTCY COURT | 18-32344 MERRICK'S OF MINNESOTA, LLC  3 | 7100-001 | | 157.89 | 0.00 |
| | | **COLUMN TOTALS** | | | 33,028.09 | 33,028.09 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 33,028.09 | 0.00 | |
| | | | Subtotal | | 0.00 | 33,028.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $33,028.09 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-32344 | **Trustee Name:** | Paul W. Bucher (430140) | |
| **Case Name:** | MERRICK'S OF MINNESOTA, LLC | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***5512 | **Account #:** | ******7604 Checking Account | |
| **For Period Ending:** | 06/11/2021 | **Blanket Bond (per case limit):** | $28,878,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3100 Checking | $33,077.14 | $49.05 | $0.00 |
| ******7604 Checking Account | $0.00 | $33,028.09 | $0.00 |
| | $33,077.14 | $33,077.14 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)